```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  TEXARKANA DIVISION
```

**LARRY MILNER, JR.**                                              PLAINTIFF

        v.            Civil No. 10-4131

**DANNY MARTIN**, Sheriff,
Nevada County; **WAYNE KISINBURG**,
Jail Administrator, Nevada
County Detention Center;
**OFFICER THOMSON**, Prescott
Police Department; and **JUDGE
DUNCAN CULPEPPER**, Nevada
County Circuit Court                                              DEFENDANTS

## O R D E R

Now on this 26th day of January, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #8), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's Complaint is hereby **dismissed**.

**IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                         JIMM LARRY HENDREN
                                         UNITED STATES DISTRICT JUDGE